**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**             DATE:  **SEPTEMBER 26, 2019**            TIME: **1:00 p.m.**

DOCKET #: **CR-10-00288 (S-2)-01(ILG)**          TITLE: *U.S.A. v. ***
COURT REPORTER:  **Anthony Mancuso**          DEPUTY CLERK: **Stanley Kessler**
~~SPANISH INTERPRETER~~:                         AUSA: **Soumya Dayananda**

DEF'T #1 NAME: **Luis Agustin Caicedo Velendia**    ATT'Y: ~~Luis I. Guerra, Esq.~~
                                                           **Alessandra DeBlasio, Esq.**
   Present  ✓ Not Present  __ In Custody       ✓ Present  _ Not Present

**CRIMINAL CAUSE FOR IN CAMERA CONFERENCE**

✔ **Case called.**

✔ **Defendant Luis Agustin Caicedo Velandi not present.  Defense counsel**
     **Alessandra DeBlasio, Esq., and Government counsel Soumya Dayananda, AUSA, present.**

✔ **An in camera conference was held.**

**TIME: 2/00**